**BOWMAN AND BROOKE LLP**
Brian Takahashi (SBN: 146505)
brian.takahashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
richard.stuhlbarg@bowmanandbrooke.com
Michael Chung (SBN: 243204)
michael.chung@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:  310/ 719-1019

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan, Esq. (SBN 346192)
gsogoyan@quillarrowlaw.com
Roy Enav, Esq. (SBN 340224)_
renav@quillarrowlaw.com
10880 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Fax: (310) 889-0645

Attorneys for Plaintiff
EDNA A. CAMPBELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA CAMPBELL, an individual,<br><br>                       Plaintiff,<br><br>           vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC a Delaware Limited Liability Company and DOES 1 through 10, inclusive,<br><br>                       Defendants. | CASE NO.: 4:24-cv-08088-DMR<br><br>**(Removed from San Francisco Superior Court Case No. CGC-24-619034)**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed:      October 16, 2024<br>Trial:                  None |

Pursuant to the Court's April 15, 2025 Notice Regarding Case Management Statement (Dkt. 27), Plaintiff EDNA CAMPBELL ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA LLC ("Defendant" or "JLRNA"),

collectively, the "Parties", submit this Joint Case Management Statement in accordance with the Standing Order for All Judges of the Northern District of California.

## A. STATEMENT OF THE CASE:

In or around July 2022, Plaintiff purchased a Used – Certified Pre-Owned 2019 Land Rover Discovery Sport vehicle (VIN SALCR2FX4KH801577). Plaintiff alleges that during the term of the express warranty the vehicle experienced nonconformities which substantially impaired the vehicle's use, value, or safety, and that the nonconformities remained unrepaired despite a reasonable number of repair attempts. Defendant denies that there was a substantial impairment, and denies that any nonconformity remained unrepaired after a reasonable number of repair attempts.

## B. SUBJECT MATTER JURISDICTION

This action was originally filed in the Superior Court for the County of San Francisco on October 16, 2024. Defendant removed this case to Federal Court on November 18, 2024, pursuant to 28 U.S.C. §§ 1441 and 1332 based on diversity of citizenship and a total amount in controversy over $75,000.

## C. LEGAL ISSUES:

Based on the facts set forth in the Complaint, Plaintiff brought causes of action for breach of express and implied warranty. The parties are unaware of any noteworthy substantive, procedural, or evidentiary issues.

## D. DAMAGES:

Plaintiff seeks damages as provided in Civil Code section 1794 and section 1793.2(d). Plaintiff also seeks a civil penalty in the amount of up to two times actual damages pursuant to Civil Code section 1794, subdivision (c) and (e).

## E. PARTIES AND EVIDENCE

**Parties:**

Edna Campbell, Plaintiff.

Jaguar Land Rover North America, LLC, Defendant.

No additional parties are anticipated.

**Potential Witnesses**

The parties anticipate that plaintiff Edna Campbell and a representative of defendant JLRNA will be called as witnesses. The parties additionally anticipate that dealership service personnel who worked on the Vehicle or interacted with Plaintiff may be called as witnesses, as well as any family members or friends who drove the Vehicle or experienced the issues alleged by Plaintiff.

**Key Documents:**

The parties believe the key documents will include the sales brochure, Owner's Manual, and warranty guide for the Vehicle, the sales file for the Vehicle, the repair orders and invoices for repair attempts made to the Vehicle, including the warranty repair history, and any documents showing Plaintiff's damages.

**F.   INSURANCE:**

There is no insurance coverage for this claim.

**G.   MOTIONS:**

The parties do not anticipate filing any motions seeking to add additional parties, amend claims, or transfer venue at this point.

**H.   DISPOSITIVE MOTIONS:**

The parties do not anticipate filing any dispositive motions at this time. The parties reserve the right to file dispositive motions.

**I.   COMPLEXITY:**

The Parties do not believe that the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation.

**J.   STATUS OF DISCOVERY:**

The parties have not yet exchanged initial written discovery.

/ / /

**K.   DISCOVERY PLAN:**

**1.   Proposed Changes in Limits on Discovery or Disclosures**

The parties do not propose any changes to limits on discovery or changes to the disclosures procedure.

**2.   Protective Order**

JLRNA believes the standard protective order for the Northern District would be appropriate for this matter.

**3.   Phasing of Discovery**

The parties do not believe that discovery should be conducted in phases.

**4.   Subjects on Which Discovery May Be Needed**

Plaintiff will seek discovery on the alleged defects experienced by Plaintiff, repair efforts to address said defects, warranty coverage for Plaintiff's experienced issues, and JLRNA policies and procedures for responding to repurchase requests. Plaintiff will likely seek discovery related to JLRNA's internal investigations and analysis into same/similar defects in other similarly-situated vehicles to establish Defendant's knowledge of the defects experienced by Plaintiff, its inability to repair the defects, and willful violation of the Song-Beverly Act by failing to promptly repurchase and/or replace the Subject Vehicle. JLRNA will seek discovery as to Plaintiff's experiences with the vehicle, the lease of the vehicle, and Plaintiff's contended damages.

**L.   DISCOVERY CUT-OFF:**

At least 45 days before trial.

**M.   EXPERT DISCOVERY:**

At least 25 days before trial.

**N.   SETTLEMENT CONFERENCE AND ALTERNATIVE DISPUTE RESOLUTION ("ADR"):**

The Parties are amenable to voluntary mediation to be conducted at a mutually

agreeable date.

**O.  TRIAL ESTIMATE:**

Plaintiff requests a jury trial and estimate that trial will take 3-5 days.

**P.  TRIAL COUNSEL:**

For Plaintiff:  Kevin Jacobson, Gregory Sogoyan and Joshua Kohanoff

For Defendant:  Rick Stuhlbarg and Michael Chung.

**Q.  INDEPENDENT EXPERT OR MASTER:**

The Parties will not require the appointment of a master pursuant to Federal Rule of Civil Procedure 53 or an independent scientific expert.

**R.  SCHEDULING**

| | |
|---|---|
| Completion of Fact Discovery | February 26, 2026 |
| Expert Witness Exchange | May 19, 2026 |
| Rebuttal Expert Witness Exchange | May 28, 2026 |
| Completion of Expert Discovery | August 28, 2026 |
| Dispositive Motion Hearing Cut−Off | July 14, 2026 |
| Final Pretrial Conference | September 15, 2026 |
| Jury Trial | September 22, 2026 |

**S.  OTHER ISSUES**

None at this time.

DATED:  April 30, 2025            BOWMAN AND BROOKE LLP

BY:  */s/ Michael Chung*
Brian Takahashi
Richard L. Stuhlbarg
Michael Chung
Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: April 30, 2025 | QUILL & ARROW, LLP |
| 2 | | |
| 3 | | BY: /s/ Roy Enav |
| | | Kevin Y. Jacobson |
| 4 | | Gregory Sogoyan |
| | | Roy Enav |
| 5 | | Attorneys for Plaintiff |
| | | EDNA CAMPBELL |
1  DATED: April 30, 2025          QUILL & ARROW, LLP

2

3                                 BY: */s/ Roy Enav*
                                  Kevin Y. Jacobson
4                                 Gregory Sogoyan
                                  Roy Enav
5                                 Attorneys for Plaintiff
                                  EDNA CAMPBELL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I filed the foregoing document entitled **JOINT CASE MANAGEMENT STATEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/Roy Enav*
Roy Enav